UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.,

      Plaintiff,

v.                                                          Case No: 2:15-cv-453-FtM-99CM

AAA LOCKSMITH INC. and
ADAM COOPER,

      Defendants.

## ORDER

Before the Court is Plaintiff's Motion for Entry of Clerk's Default (Doc. 16) filed on August 21, 2015. Plaintiff moves for entry of default against Defendants AAA Locksmith Inc. and Adam Cooper for failure to respond to the Complaint. Plaintiff's Motion simply requests that a clerk's default be entered pursuant to Federal Rule of Civil Procedure 55(a), with no analysis or argument as to why service was proper under the rules such that the Court should enter a clerk's default. Pursuant to Middle District of Florida Local Rule 3.01(a), "[i]n a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request." M.D. Fla. Rule 3.01(a). Moreover, Plaintiff has not filed Returns of Service indicating that Defendants were served in this case. Plaintiff's motion states that Defendants were personally served on July 30, 2015, but Plaintiff

```
```

- 2 -

has cited no legal authority to the Court as to why service was proper. Thus, the Motion will be denied at this time.

ACCORDINGLY, it is hereby

**ORDERED:**

Motion for Entry of Clerk's Default (Doc. 16) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record